UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE GREAT AMERICAN INSURANCE COMPANY, | Case No. 12-13033 |
| Plaintiff, | SENIOR U.S. DISTRICT JUDGE ARTHUR J. TARNOW |
| v. | |
| E.L. BAILEY & COMPANY, INC., | U.S. MAGISTRATE JUDGE STEPHANIE DAWKINS DAVIS |
| Defendant. | |
| BLANKET ENERGY SYSTEMS, LLC, | |
| Garnishee. | |

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [130]; GRANTING GARNISHEE DEFENDANTS' MOTION TO VACATE DEFAULT JUDGMENTS [116]; AND VACATING DEFAULT JUDGMENTS [109, 110, 111]**

Plaintiff Great American Insurance Company ("GAIC") obtained default judgments against Defendants Bailey Development Group, LLC ("BDG"), Blanket Energy Systems, LLC ("Blanket"), and E.M.B. Investment Group, LLC ("EMB") on February 17, 2016. [Dkt. 109, 110, 111]. Defendants filed the instant Motion to Vacate Default Judgments Improperly Obtained [116] on March 16, 2016. The Court referred Defendants' Motion to the Magistrate Judge on May 5, 2016 [121].

1

After a hearing on the Motion on June 21, 2016, the Magistrate Judge took the motion under advisement. The Report and Recommendation [130] was issued on November 9, 2016. The parties did not file objections to the Report & Recommendation. Fed. R. Civ. P. 72(b)(2).

The Court having reviewed the record, the Report and Recommendation [130] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Defendants' Motion to Vacate Default Judgments Improperly Obtained [116] is **GRANTED**.

**IT IS FURTHERED ORDERED** that the Default Judgments [109, 110, 111] are **VACATED**.

**SO ORDERED**.

                                                    s/Arthur J. Tarnow
                                                    Arthur J. Tarnow
Dated: February 9, 2017           Senior United States District Judge